**E-filed 7/12/06**

1 | KEVIN V. RYAN, CSBN 118321
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JASWINDER SINGH MAHAL,            )
                                  )   No. C 06-2826 JF
          Plaintiff,              )
                                  )
     v.                           )   **STIPULATION TO EXTEND DATES;**
                                  )   **and [PROPOSED] ORDER**
ALBERTO GONZALES, Attorney General of the)
United States; MICHAEL CHERTOFF, Secretary)
of the Department of Homeland Security;  )
EMILIO GONZALEZ, Director of United States)
Citizenship and Immigration Services; ROBERT)
MUELLER, Director of the Federal Bureau of)
Investigations; DAVID N. STILL, District )
Director of the USCIS, San Francisco     )
District Office,                         )
                                         )
          Defendants.                    )
_____)

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1. Plaintiff filed this action on or about April 25, 2006, and Defendants' filed their response on June 30, 2006.

2. Pursuant to this Court's April 25, 2006 Order Setting Initial Case Management Conference, the parties are required to file a joint case management statement on July 7, 2006, and attend a case management conference on July 14, 2006.

Stipulation to Extend Dates
C06-2826 JF

3. The parties are exploring resolution of this case and respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Last day to file Joint ADR Certification | July 21, 2006 |
| Last day to file/serve Joint Case Management Statement: | August 4, 2006 |
| Case Management Conference: | August 11, 2006 at 10:30 a.m. |

Dated: June 30, 2006

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

_____/s/_____
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants

Dated: June 30, 2006

_____/s/_____
TRICIA WANG
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 7/12/06

JEREMY FOGEL
United States District Judge

Stipulation to Extend Dates
C06-2826 JF                                2