```
 1  KEVIN V. RYAN, CSBN 118321
    United States Attorney
 2  JOANN M. SWANSON, CSBN 88143
    Assistant United States Attorney
 3  Chief, Civil Division
    ILA C. DEISS, NY SBN 3052909
 4  Assistant United States Attorney
                                                      **E-filed 7/25/06**
 5     450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
 6     Telephone: (415) 436-7124
       FAX: (415) 436-7169
 7
    Attorneys for Defendants
 8
 9                    UNITED STATES DISTRICT COURT
10                   NORTHERN DISTRICT OF CALIFORNIA
11                          SAN JOSE DIVISION
12  JASWINDER SINGH MAHAL,        )
                                  )  No. C 06-2826 JF
13                                )
                Plaintiff,        )
14                                )
            v.                    )  STIPULATION TO DISMISS and
15                                )  [PROPOSED] ORDER
    ALBERTO GONZALES, Attorney General of the)
16  United States; MICHAEL CHERTOFF, Secretary)
    of the Department of Homeland Security;    )
17  EMILIO GONZALEZ, Director of United States )
    Citizenship and Immigration Services; ROBERT )
18  MUELLER, Director of the Federal Bureau of )
    Investigations; DAVID N. STILL, District   )
19  Director of the USCIS, San Francisco       )
    District Office,                           )
20                                )
                Defendants.       )
21  _____)
```

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action because the parties agree to permit the U.S. Citizenship and Immigration Services to adjudicate the naturalization application in light of the outstanding removal proceedings against Plaintiff. *See* 8 U.S.C. § 1429.

Each of the parties shall bear their own costs and fees.

///

Stipulation to Dismiss
C06-2826 JF

| | |
|---|---|
| Dated: July 20, 2006 | Respectfully submitted,<br><br>KEVIN V. RYAN<br>United States Attorney<br><br>_____/s/_____<br>ILA C. DEISS<br>Assistant United States Attorney<br>Attorney for Defendants |
| Dated: July 20, 2006 | _____/s/_____<br>TRICIA WANG<br>Attorney for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  7/24/06

_____
JEREMY FOGEL
United States District Judge

Stipulation to Dismiss
C06-2826 JF                                         2